# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**JARED SCOTT DUNN,**
        **Plaintiff,**

**vs.**                                              **Case No.: 3:06cv354/RV/MD**

**JACKSON CORRECTIONAL INSTITUTION,**
        **Defendant.**

---

## ORDER

On January 18, 2007, after giving plaintiff several opportunities to correct a deficiency in his *in forma pauperis* application, this court entered an order denying without prejudice plaintiff's motion to proceed *in forma pauperis*.  The order directed plaintiff to submit, within thirty days, either the $350.00 filing fee or a new and complete application to proceed *in forma pauperis*.  (Doc. 20).  A copy of the order was mailed to plaintiff at his address of record: P.O. Box. 1000, Chattahoochee, FL 32324-1000;[1] however, it was returned as undeliverable on January 30, 2007 with the notation "Return to Sender - Unclaimed - Unable to Forward."  (Doc. 21).

Over thirty days elapsed, and plaintiff did not file a change of address form or otherwise notify the court of his new address.  Accordingly, on March 2, 2007 the court issued an order directing plaintiff to show cause within twenty days why his case should not be dismissed for failure to keep the court informed of his current address.  (Doc. 22). Plaintiff has not responded to the order, and it has not been returned as undeliverable. However, it has come to the court's attention that plaintiff was transferred back to the

---

[1]At the time plaintiff commenced this action, he was confined at the Escambia County Jail.  (Doc. 1, p. 2).  On December 11, 2006 plaintiff filed a notice of change of address informing the court that he had been transferred to a state hospital in Chattahoochee.  (Docs. 15, 17).

Escambia County Jail on or about January 17, 2007, and that this may have affected his timely receipt of mail.  *See* www.escambiaso.com.  Therefore, in the interests of justice the court will provide plaintiff a final opportunity to comply with the previous orders of the court.

      Accordingly, it is ORDERED:

      1.  The clerk shall mail a copy of this order, and copies of the court's January 18, 2007 and March 2, 2007 orders (docs. 20 and 22) to plaintiff at both his address of record and the following address: Escambia County Jail, P.O. Box. 17800, Pensacola, Florida 32522.

      2.  Plaintiff shall have **fifteen (15) days** from the date of this order to show cause why this case should not be dismissed for failure to comply with an order of the court and failure to keep the court informed of his current address.  Failure to do so will result in a recommendation of dismissal without further notice.

      DONE AND ORDERED this 28th day of March, 2007.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:06cv354/RV/MD*